IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TARGIN SIGN SYSTEMS, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | No. 1:15-cv-00563 |
| Plaintiff, | ) ) | Hon. Milton I. Shadur |
| v. | ) ) | Magistrate Geraldine Soat Brown |
| TAAG INDUSTRIES CORP. and JOHN DOES 1-10, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff, TARGIN SIGN SYSTEMS, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

TARGIN SIGN SYSTEMS, INC., individually and as the representative of a class of similarly-situated persons

By: s/Brian J. Wanca
Brian J. Wanca

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and copy will be served on the Defendant at the time the summons and complaint is served.

                                              s/ Brian J. Wanca